UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN A. MONICO, an individual<br><br>Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY, a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>Defendant, | Case No.: 2:21-cv-01420-AB-PVC<br><br>**ORDER DISMISSING CIVIL ACTION [10]** |

The Court has been advised that this action has been settled. Based on the Stipulation of the Plaintiff, EDWIN A. MONICO and Defendant, FORD MOTOR COMPANY, (hereafter "the Parties"), and good cause appearing therefor, the Stipulation is **GRANTED**. The Court therefore **ORDERS** that this entire action, including all claims and counterclaims stated herein against all Parties, is hereby **DISMISSED** with prejudice

Dated: November 5, 2025

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1